

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-13-00885-CV

**IN RE** Gary A. **CAMPBELL**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10935
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

On March 17, 2014, Appellant Gary A. Campbell, an inmate acting pro se, moved this court to order the Bexar County Sheriff to take his fingerprints for his name change application. Appellant's motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court